IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| AMERICAN MEDICAL RESPONSE NORTHWEST, INC., AMERICAN MEDICAL RESPONSE, INC., | ) ) ) ) | Case No. 3:09-cv-01196-JO |
| Plaintiffs, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| ACE AMERICAN INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) ) ) | |
| Defendants. | ) | |

Jones, J.

Judgment is hereby entered in favor of Defendant national Union Fire Insurance Company of Pittsburgh, PA, with respect to the causes of action asserted by Plaintiffs American Medical Response Northwest, Inc., and American Medical Response, Inc., pursuant to the Court's Opinion and Order dated July 10, 2014 [Dkt. # 245] granting National Union First Insurance Company of Pittsburgh, PA's Motion for Summary Judgment. Each side is to bear their own costs. IT IS SO ORDERED.

Dated this __18__ day of October, 2019.

_____
Robert E. Jones
United States District Court Judge